# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2014

147819

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

ROBERT WILLIAM NYILAS,
    Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 147819
COA: 311721
Livingston CC: 11-020165-FH

      On order of the Court, the application for leave to appeal the August 13, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2014



Clerk

h0324